IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce an Administrative Subpoena of the<br><br>U.S. COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre, 1155 21st Street, NW,<br>Washington, D.C. 20581,<br><br>          Applicant,<br><br>v.<br><br>STEPHEN F. LAKE,<br>Redacted<br>Chicago, IL Redacted<br><br>          Respondent. | Case: 1:15-mc-01875<br>Assigned To : Moss, Randolph D.<br>Assign. Date : 12/16/2015<br>Description: Miscellaneous |

**APPLICATION FOR AN ORDER TO SHOW CAUSE AND AN ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA**

Applicant United States Commodity Futures Trading Commission ("Commission"), through its Division of Enforcement, respectfully requests that this Court issue an order requiring Respondent Stephen Fredrick Lake to show cause why he should not be compelled to comply with an administrative subpoena issued by the Commission on September 21, 2015. Should Respondent not show good cause, the Commission respectfully requests a subsequent order requiring Mr. Lake to comply in all respects with the Commission's subpoena.

In support of this Application, the Commission relies upon the accompanying Memorandum in Support of Application for an Order to Show Cause and an Order Requiring Compliance With Administrative Subpoena, Declaration of Commission Investigator Michael Loconte in Support of Application for an Order to Show Cause and an Order Requiring

Compliance With Administrative Subpoena, Proposed Order Requiring Respondent to Show Cause, and Proposed Order Requiring Compliance with Administrative Supoena.

Date:  December 16, 2015

Respectfully submitted,

Ilana D. Waxman (DC Bar No. 1012358)
*iwaxman@cftc.gov*
James H. Holl, III (DC Bar No. 453473)
*jholl@cftc.gov*
U.S. COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street NW
Washington, D.C.  20581
Tel:  (202) 418-5000